-PS/CD-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

GARY BLANC CLARK, 09B3347,

        Petitioner,

        -v-

SUPERINTENDENT OF CAYUGA
CORRECTIONAL FACILITY,

        Respondent.

_____

DECISION AND ORDER
11-CV-6329L

      Petitioner Gary Blanc Clark filed a petition pursuant to 28 U.S.C. § 2254, alleging that his conviction in Orleans County Supreme Court, State of New York, was unconstitutionally obtained (Docket No. 1). By Order dated August 9, 2011, petitioner was directed to provide additional information to allow the Court to determine if petitioner had exhausted his state court remedies, and if so, when he did so (Docket No. 3). Petitioner timely responded to the Order (Docket No. 4). Based on petitioner's response, the petition may go forward at this time. Accordingly,

      IT HEREBY IS ORDERED as follows:

      **1.**    Respondent shall file and serve an **answer** to the petition, in accordance with Rules 4 and 5 of the Rules Governing Section 2254 Cases in the United States District Courts, no later than **November 15, 2011**. Further, the answer shall state whether a trial or any pre-trial or post-trial evidentiary proceeding was conducted. If any such proceeding was conducted, under the authority of Rule 4, the Court hereby directs respondent to provide to the Court the transcript of the proceeding, together with any record(s) of, and

documents relating to, such proceeding, and such documents will be filed in the official record of this case.

Respondent also shall file and serve by the above date a **memorandum of law** addressing each of the issues raised in the petition and including citations of relevant supporting authority.

Within thirty (30) days of the date this Order is served upon the custodian of the records, the Clerk of Court or any other official having custody of the records of the proceedings in the Orleans County Supreme Court at issue now before this Court shall submit such records to respondent or the respondent's duly authorized representative.

If petitioner appealed from the judgment of conviction or from an adverse judgment or order in a post-conviction proceeding, under the authority of Rule 4, the Court hereby directs respondent to provide to the Court a copy of the briefs and record on appeal and the opinions of the appellate courts, if any, and such documents will be filed in the official record of this case.

Petitioner shall have thirty (30) days upon receipt of the answer to file a written response to the answer and memorandum of law.

Within thirty (30) days of the date this Order is filed with the Clerk of Court, respondent may file a motion for a more definite statement or a motion to dismiss the petition, accompanied by appropriate exhibits which demonstrate that an answer to the petition is unnecessary. The timely filing of such motion shall extend the time for filing an answer for fourteen (14) days, but the failure of the Court to act upon the motion within that time shall not further extend the time for filing an answer.

2. The Clerk of Court shall serve a copy of the petition (Docket No. 1), a copy of the Court's August 9 , 2011 Order (Docket No. 3), the petitioner's response to the Court's Order (Docket No. 4) and a copy of this Order, by certified mail, upon respondent Superintendent of Cayuga Correctional Facility and upon the Office of the Attorney General, Federal Habeas Unit, 120 Broadway, 12th Floor, New York, New York 10271-0332. To advise appropriate Orleans County officials of the pendency of this proceeding, the Clerk of Court shall also mail a copy of this order to the District Attorney of Orleans County.

**PETITIONER MUST FORWARD A COPY OF ALL FUTURE PAPERS AND CORRESPONDENCE TO THE ATTORNEY APPEARING FOR RESPONDENT.**

SO ORDERED.

Dated: _SEPT. 27_, 2011
Rochester, New York

_Charles J. Siragusa_
CHARLES J. SIRAGUSA
United States District Judge